ACCEPTED
14-15-00539-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/22/2015 8:19:23 AM
CHRISTOPHER PRINE
CLERK

COURT OF APPEALS
FOURTEENTH SUPREME JUDICIAL DISTRICT
Houston, Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

10/22/2015 8:19:23 AM

CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| GREGORY CHARLES HURST, | § | |
| APPELLANT | § | |
| | § | NUMBERS |
| VS. | § | 14-15-00539-CR |
| | § | |
| | § | |
| THE STATE OF TEXAS, | § | |
| APPELLEE | | |

# SECOND MOTION FOR EXTENSION OF TIME
# TO FILE APPELLANT BRIEF

Winifred Weber
2525 Bay Area Blvd. Suite 310
Houston, Texas 77058
SBN   01672500
Telephone:  (281)488-9040
Facsimile:   (281)488-9009
Electronic mail:  winifredweber@gmail

ATTORNEY FOR APPELLANT

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Pursuant to Tex. R. App. P. 10.1 and 38.6(d), Appellant, GREGORY CHARLES HURST, files this Second Motion to Extend Time to File Appellant Brief. Appellant's opening brief is currently due October 21, 2015.

Counsel for Appellant requests a 7-day extension of time to file his brief, making the brief due October 28, 2015. This is the second request for extension of time to file the opening brief.

In addition to the routine matters that counsel must attend to in daily practice, such as a full criminal caseload requiring docket appearances, filings, and jail visits, counsel for Appellant relies on the following reason, to explain the need for the requested extension:

On this date, Appellant has brought a potential issue to the attention of Appellant's counsel and requested counsel to research said issue for Appellant's brief. Counsel believes one week is adequate time to research the issue and include it in the brief, depending on the result of the research. Counsel for Appellant seeks this extension of time to be able to adequately prepare Appellant's brief. This request is not sought for delay but so that justice may be done.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion; therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this Second Motion to Extend Time to File Appellant Brief and extend the Deadline for Filing the Appellant's Brief up to and including October 28, 2015. Appellant requests all other relief to which he may be entitled.

Respectfully submitted,

/s/   Winifred Bandy Weber
Winifred Bandy Weber
2525 Bay Area Blvd. Suite 310
Houston, Texas 77058
SBN   01672500
Telephone:  (281)488-9040
Facsimile:   (281)488-9009
Electronic mail:  winifredweber@gmail

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion has been delivered by electronic email to the Galveston County District Attorney's Office, Galveston, Texas on this the 21st day of October, 2015.

/s/   Winifred Bandy Weber
WINIFRED WEBER